1  Eric K. Fogderude  # 070860
   FLETCHER & FOGDERUDE, INC.
2  5412 N Palm Ave # 101
3  Fresno, CA   93704
   Telephone: 559-431-9710
4  Attorney for Defendant, JENNIFER DONABEDIAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-cr-00104 AWI/SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE BAIL REVIEWMOTION AND ORDER THEREON** |
| v. | |
| JENNIFER DONABEDIAN, | **Date:  October 5, 2015** |
| Defendant. | **Time:  1:00 p.m.** |

## STIPULATION

It is hereby stipulated by and between the parties hereto that the Bail Review Motion in the above entitled matter now set for September 28, 2015, may be continued October 5, 2015 at 1:00 p.m.

Good cause exists for the continuance because counsel for the United States is not available for the hearing on September 28, 2015, but will be available on October 5, 2015.

DATED: September 24, 2015          FLETCHER & FOGDERUDE, INC.

                                    /s/ Eric K. Fogderude                .
                                   ERIC K. FOGDERUDE
                                   Attorney for Defendant, JENNIFER DONABEDIAN

1

DATED: September 24, 2015                Benjamin B. Wagner
                                         United States Attorney

                                         /s/  Melanie Alsworth                           .
                                         MELANIE ALSWORTH
                                         Assistant US Attorney

**ORDER**

    IT IS SO ORDERED.  The court grants the stipulation that the Bail Review Motion hearing be continued from September 28, 2015 at 1:00 p.m. to October 5, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **September 24, 2015**                    /s/ *Barbara A. McAuliffe*           _
                                                UNITED STATES MAGISTRATE JUDGE

2